# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYSON McCALLEY,<br><br>   Petitioner,<br><br>  v.<br><br>McDONALD, Warden,<br><br>   Respondent. | Case No. CV 11-8264 ODW (JCG)<br><br>**JUDGMENT** |

  IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: December 12, 2013

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE